UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61492-CIV-DAMIAN

JUAN DAVID PESTANA BUENDIA,

      Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

      Respondents.

_____/

## ORDER FOLLOWING HEARING ON PETITION

**THIS CAUSE** is before the Court following a Motion Hearing held on December 5, 2025, during which the Court addressed Petitioner, Juan David Pestana Buendia's ("Petitioner"), Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Petition"), filed July 24, 2025. Respondents filed a Response to this Court's Order to Show Cause [ECF No. 14], and Petitioner filed a Reply [ECF No. 15].

THE COURT has reviewed the Petition, the parties' briefing, the relevant legal authorities, and the pertinent portions of the record and is otherwise fully advised. The undersigned also heard argument from the parties, through counsel, at the December 5th hearing.

For the reasons stated on the record and as further detailed on the record at the hearing, this Court agrees with the majority of district courts across the country that have addressed whether 8 U.S.C. § 1226(a) governs Petitioner's detention and finds that Petitioner is entitled to a bond hearing pursuant to the plain language of 8 U.S.C. § 1226(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **GRANTED IN PART** to the extent that Petitioner seeks a bond hearing. It is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing as soon as practical but no later than **December 12, 2025**. It is further

**ORDERED** that on or before **December 19, 2025**, Petitioner shall file a Status Report informing the Court of the outcome of Petitioner's bond hearing and the status of matters relevant to the Petition. It is further

**ORDERED** that this Court retains jurisdiction to address any matters that may arise with respect to the Petition. It is further

**ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case for *administrative and statistical purposes only*.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of December, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of Record