UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61492-CIV-DAMIAN

**JUAN DAVID PESTANA BUENDIA**,

    Petitioner,

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

    Respondents.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Petitioner, Juan David Pestana Buendia's ("Petitioner"), Status Report [ECF No. 23] filed on December 18, 2025. In the Status Report, Petitioner indicates that on December 12, 2025, he was given a bond hearing before the Immigration Court, consistent with this Court's Order, and that on December 15, 2025, he was released from custody on a bond. Petitioner states that there are no further issues or matters pending before this Court related to the Petition. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This Case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record